UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-529-FL(4)

FILED IN OPEN COURT
ON 12-19-19
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| vs. | ) | **INDICTMENT** |
| CHRISTOPHER MARK WILSON | ) | |

The Grand Jury charges that:

## COUNTS ONE THROUGH TEN

(Receipt of Child Pornography)

Beginning at a time unknown and ending on or about May 16, 2019 in the Eastern District of North Carolina, CHRISTOPHER MARK WILSON, the defendant herein, did knowingly receive the following visual depictions, that is, digital and computer images in files that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer:

| Count | Date | File Name |
|---|---|---|
| Count 1 | 02/12/2019 | lsd02-01-01.mp4 *Infant/toddler* |
| Count 2 | 02/13/2019 | 020.mp4 |
| Count 3 | 12/24/2018 | Daisy-020-039.jpg *Infant/toddler* |
| Count 4 | 02/11/2019 | lsd05-01-02.mp4 *infant/toddler* |
| Count 5 | 01/20/2019 | Marina!.mp4 *prepubescent* |
| Count 6 | 01/19/2019 | Arina – 1 Hour Show ((Hussyfan)).mp4 |

1

| Count 7  | 01/17/2019 | lsm04-04-01.mp4 *prepubescent* |
| Count 8  | 02/18/2015 | 1_1_05.mkv *prepubescent* *S&M* |
| Count 9  | 05/11/2019 | Polina34.jpg *prepubescent* *S&M* |
| Count 10 | 12/25/2018 | lsn-017-054.jpg *prepubescent* |

The productions of the foregoing visual depictions involved the use of a minor engaging in sexually explicit conduct and were depictions of such conduct. Each entry in the above table constituting a separate violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT ELEVEN

(Possession of Child Pornography)

On or about May 16, 2019, in the Eastern District of North Carolina, CHRISTOPHER MARK WILSON, the defendant herein, did knowingly possess one or more matters, that is, computer hard drives and computer media containing digital and computer images and videos, the production of which involved the use of one or more prepubescent minor or a minor who had not attained 12 years of age, engaging in sexually explicit conduct, and which images visually depicted such conduct. The images and videos had been mailed, shipped and transported in interstate and foreign commerce and by use of means and facilities of interstate commerce, i.e., the Internet, and were produced using materials which had been mailed, shipped, or transported in interstate and foreign commerce, by any means including by computer, all in violation of Title 18, United States Code, Section 2252(a)(4)(B).

2

## FORFEITURE NOTICE

The named defendant is hereby given notice that all of the defendant's interest in all property specified herein is subject to forfeiture.

Upon conviction of one or more of the offenses set forth in Counts One through Eleven, CHRISTOPHER MARK WILSON, the defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a):

(1) any visual depiction or book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of the offense(s);

(2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense(s); and

(3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense(s) or any property traceable to such property.

The forfeitable property includes, but is not limited to, the following property:

1. Computer tower in ThermalTake case, S/N 86189188300610, black in color;
2. Computer tower in Coolmaster case, S/N RC922MKKN10094801731, black in color;
3. 4 DVD binders with DVDs, black in color;

3

4. 4 DVD spindles with various DVDs, silver and white in color;

5. USPS envelope with 12 DVDs, silver and white in color;

6. Verbatim 8 GB USB drive, red in color;

7. Canon 16 GB SD card, blue in color;

8. 3 installation media: 1 USB drive and 2 disks, various colors;

9. Damaged USB drive, gray in color;

10. iPhone 5c, Model A1532, IMEI: 013978000673071, white and gray in color;

11. Western Digital 500 GB hard drive, S/N WCA581957414, silver in color;

12. Seagate 500 GB hard drive, S/N 9VM61GWJ, silver in color;

13. Seagate 500 GB hard drive, S/N 6QG3EFY9, silver in color;

14. Western Digital 120 GB hard drive, S/N WMAEL2164652, silver in color;

15. Western Digital 640 GB hard drive, S/N WMASY6654390, silver in color;

16. Western Digital 500 GB hard drive, S/N WMASY6150135, silver in color;

17. Western Digital 500 GB hard drive, S/N WMASY6177290, silver in color;

18. Seagate 500 GB hard drive, S/N 9QM4DKEE, silver in color;

19. Seagate 500 GB hard drive, S/N 9VM60ZGX, silver in color;

20. Western Digital 300 GB hard drive, S/N WCAPD1899172, silver in color;

21. Kingston 8 GB USB drive, black and white in color;

If any of the above-described forfeitable property, as a result of any act or omission of the defendant --

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a

   third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty;

[The rest of this page intentionally left blank.]

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), through Title 18, United States Code, Sections 2253 or 1467, whichever may be applicable, to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

A TRUE BILL:

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

12-19-19
DATE

ROBERT J. HIGDON, JR.
United States Attorney

BY: JOHN A. PARRIS
Assistant United States Attorney

6

Case 5:19-cr-00529-FL    Document 1    Filed 12/19/19    Page 6 of 6