UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:19-CR-529-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | MOTION TO SEAL |
| CHRISTOPHER MARK WILSON | |

The defendant, Christopher Mark Wilson, respectfully requests that **DE 71** be filed under seal, and to remain so sealed until further ordered by the Court. The defendant also respectfully requests that copies of **DE 71** be disseminated to counsel for the Government and undersigned counsel.

Respectfully submitted this 24th day of October, 2023.

G. ALAN DUBOIS
Federal Public Defender

*/s/ Laura S. Wasco*
LAURA S. WASCO
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: Laura_Wasco@fd.org
N.C. State Bar No. 34885
LR 57.1 Counsel
Appointed

1

*CERTIFICATE OF SERVICE*

I HEREBY CERTIFY that a copy of the foregoing was served upon:

K. PAIGE O'HALE
U.S. Attorney's Office – E.D.N.C.
150 Fayetteville Street, Suite 2100
Raleigh, North Carolina 27601
Paige.Ohale@usdoj.gov

by electronically filing the foregoing with the Clerk of Court on October 24, 2023, using the CM/ECF system, which will send notification of such filing to those above and/or by email.

Respectfully submitted this 24th day of October, 2023.

*/s/ Laura S. Wasco*
LAURA S. WASCO
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: Laura_Wasco@fd.org
N.C. State Bar No. 34885
LR 57.1 Counsel
Appointed