UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:19-CR-529-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER MARK WILSON | **NOTICE OF SUBSEQUENTLY DECIDED AUTHORITY RELATING TO MOTION FOR REDUCTION OF SENTENCE** |

Christopher Mark Wilson, by and through undersigned counsel, pursuant to Local Criminal Rule 47.1(d), hereby submits this notice of subsequently decided authority relating to legal issues raised in the Motion for Reduction of Sentence and related filings under 18 U.S.C. § 3582(c)(1)(A) and U.S.S.G. § 1B1.13:

1. **On November 1, 2023, the United States Sentencing Commission modified U.S.S.G. § 1B1.13, related to Reduction in Term of Imprisonment Under 18 U.S.C. § 3582(c)(1)(A).** This policy statement implements 28 U.S.C. § 994(a)(2) and (t) and describes what may be "extraordinary and compelling reasons" for reductions of imprisonment under § 3582(c)(1)(A).

Respectfully submitted this 1st day of November, 2023.

G. ALAN DUBOIS
Federal Public Defender

*/s/ Laura S. Wasco*
LAURA S. WASCO
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: Laura_Wasco@fd.org
N.C. State Bar No. 34885
LR 57.1 Counsel
Appointed

*CERTIFICATE OF SERVICE*

I HEREBY CERTIFY that a copy of the foregoing was served upon:

K. PAIGE O'HALE
U.S. Attorney's Office – E.D.N.C.
150 Fayetteville Street, Suite 2100
Raleigh, North Carolina 27601
Paige.Ohale@usdoj.gov

by electronically filing the foregoing with the Clerk of Court on November 1, 2023, using the CM/ECF system, which will send notification of such filing to those above and/or by email.

Respectfully submitted this 1st day of November, 2023.

*/s/ Laura S. Wasco*
LAURA S. WASCO
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: Laura_Wasco@fd.org
N.C. State Bar No. 34885
LR 57.1 Counsel
Appointed